**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Isean Oron MCNEIL, Petitioner**

**No. 457 MAL 2017**

Supreme Court of Pennsylvania.

January 17, 2018

### ORDER

PER CURIAM

**AND NOW,** this 17th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

■

**Arthur Alan WOLK, Philip Browndies,**
**and Catherine Marchand,**
**Respondents**

v.

**The SCHOOL DISTRICT OF LOWER**
**MERION, Petitioner**

**No. 481 MAL 2017**

Supreme Court of Pennsylvania.

January 17, 2018

### ORDER

PER CURIAM

**AND NOW,** this 17th day of January, 2018, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to the remaining issue. The issues, as stated by Petitioner, are:

(1) Where a Court of Common Pleas grants a petition by issuing an immediately effective injunction, is that order immediately appealable of right under Pa.R.A.P. 311(a)(4)?

(2) Is an order of the Court of Common Pleas that enjoined a school district from collecting a portion of its 2016 taxes a "final order" as to which [Petitioner] must file post-trial motions before taking an appeal, even though other and different claims in the case remain unaddressed?

(3) May a Court of Common Pleas convert a preliminary injunction hearing into a permanent injunction hearing without the consent of the parties?

The Applications for Leave to Appear as *Amicus Curiae* are **GRANTED.**

Justice Todd did not participate in the consideration or decision of this matter.